No. 97–1986. Weinstein v. Fidelity Brokerage Services, Inc. C. A. 1st Cir. Certiorari denied.

No. 97–1987. Hudson v. Reno, Attorney General. C. A. 6th Cir. Certiorari denied.

No. 97–1989. Kuhl et al. v. Board of Adjustment of the Township of Montclair et al. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1990. Belin v. Equal Employment Opportunity Commission et al. C. A. 6th Cir. Certiorari denied.

No. 97–1995. Miller v. United States. C. A. Armed Forces. Certiorari denied.

No. 97–1996. Campbell et al. v. California. C. A. 9th Cir. Certiorari denied.

No. 97–1997. Bank of America National Trust and Savings Assn. v. Marques. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–1998. Gosu v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 97–2001. Randolph, as Conservator of Randolph v. Cervantes et al. C. A. 5th Cir. Certiorari denied.

No. 97–2002. Coleman et al. v. Santa Clara County Open Space Authority. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 97–2003. Armenis v. Aguirre et al. C. A. 10th Cir. Certiorari denied.

No. 97–2004. National Collegiate Athletic Assn. v. Law et al. (two judgments). C. A. 10th Cir. Certiorari denied.

No. 97–2005. Phonometrics, Inc. v. Tadiran Electronic Industries, Inc. C. A. Fed. Cir. Certiorari denied.